ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: SARALAND, LLLP, | * | |
| | * | Bankruptcy No. 12-30113 |
| Debtor. | * | |
| | | |
| LISTER W. HARRELL; SARALAND, LLLP; and PARADISE FARMS, INC., | * | |
| | * | **CV 314-145** |
| Plaintiffs, | * | |
| | * | (Adversary Number in Bankruptcy Court: 14-03009) |
| vs. | * | |
| NIKKI HARRELL MULLIS; BRETT COLEMAN; SID CARTER; SARA HARRELL; DONALD HELMS; and LYNN SHEFFIELD, | * | |
| Defendants. | * | |

## O R D E R

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE